```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF NEW HAMPSHIRE
```

Duane Leroy Fox

     v.                       Case No. 11-cv-295-SM

Strafford County Dept.
of Corrections, Superintendent

### ORDER

Re: Document No. 11, MOTION to Extend Time FRAP 4 Appeal as of Right-When Taken:

Ruling: Motion denied as premature.  This matter is currently pending preliminary review before the magistrate judge pursuant to LR 4.3(d)(2).  As such, the court has entered no order or judgment in this case from which the plaintiff may take an appeal.  Should the court ultimately enter final orders adverse to the plaintiff's interests, he may take an appeal in the ordinary course at that time.


Date:  November 4, 2011              /s/ Daniel J. Lynch
                                               Daniel J. Lynch
                                               US Magistrate Judge

cc:   Duane Leroy Fox, pro se