UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


Duane Leroy Fox

                    v.                              Case No. 11-cv-295-SM

Superintendent, Strafford County
Department of Corrections


O R D E R


        After due consideration of the objection filed, I herewith approve the Report

and Recommendation of Magistrate Judge Landya B. McCafferty dated January 17,

2012, for the reasons as set forth therein.     Plaintiff's Motion for Temporary

Restraining Order is hereby denied on the papers.



        SO ORDERED.



February 8, 2012                    /s/ Steven J. McAuliffe
                                    Steven J. McAuliffe
                                    United States District Judge



cc:    Duane Leroy Fox, pro se