UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Duane Leroy Fox</u>

        v.                         Case No. 11-cv-295-SM

<u>Superintendent, Strafford County</u>
<u>Department of Corrections</u>

<u>O R D E R</u>

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Landya B. McCafferty dated January 17, 2012, for the reasons as set forth therein. Plaintiff's Motion for Temporary Restraining Order is hereby denied on the papers.

SO ORDERED.

February 8, 2012                      `/s/ Steven J. McAuliffe`
                                                Steven J. McAuliffe
                                                United States District Judge

cc:     Duane Leroy Fox, pro se