UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Duane Leroy Fox

        v.                                           Case No. 11-cv-295-SM

Superintendent, Strafford County
Department of Corrections,  et al.

O R D E R

I herewith approve the Report and Recommendation of Magistrate Judge Landya B. McCafferty dated June 18, 2012, no objection having been filed, for the reasons set forth therein.   The Superintendent of the Strafford County Department of Corrections and the intake nurse are hereby dismissed from this action.

" '[O]nly those issues fairly raised by the objections to the magistrate's report are subject to review in the district court and those not preserved by such objection are precluded on appeal.'"   School Union No. 37 v. United Nat'l Ins. Co., 617 F.3d 554, 564 (1st Cir. 2010) (quoting Keating v. Secretary of Health & Human Servs., 848 F.2d 271, 275 (1st Cir.1988));   see also United States v. Valencia-Copete, 792 F.2d 4, 6 (1st Cir. 1986) (after proper notice, failure to file a specific objection to magistrate's report will waive the right to appeal).

As Magistrate Judge McCafferty made clear in her Order dated June 18, 2012 (document no. 26 – copy enclosed), you are to provide the clerk's office with the

names and addresses of the correctional officers who were working on E pod at the Strafford County House of Corrections when the alleged assaults occurred in order to perfect service.   You are also ordered to amend your complaint to include their proper names and addresses for the record.

     SO ORDERED.

July 30, 2012

        /s/ Steven J. McAuliffe
        Steven J. McAuliffe
        United States District Judge

Enclosure

cc:    Duane Leroy Fox, pro se