UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Duane Leroy Fox

          v.                           Case No. 11-cv-295-SM

Superintendent, Strafford County
Department of Corrections, et al.

### O R D E R

By order dated September 10, 2012, the court directed the clerk's office to obtain pro bono counsel to represent the plaintiff Duane Leroy Fox in the above-captioned case. Attorney Christopher Cole has agreed to accept a pro bono appointment for this purpose. Thus, Attorney Cole shall represent the plaintiff, Duane Leroy Fox, for the limited purpose of assisting the plaintiff in identifying defendants to his viable claims.

SO ORDERED.

September 19, 2012

/s/ Landya B. McCafferty
_____
Landya B. McCafferty
United States Magistrate Judge

cc:    Duane Leroy Fox, pro se