UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Duane Leroy Fox

          v.                              Case No. 11-cv-295-SM

Strafford County Department of
Corrections, et al.

O R D E R

No objection having been filed, I herewith approve the Report and Recommendation of Magistrate Judge Landya B. McCafferty dated March 18, 2013, for the reasons set forth therein. Plaintiff's Motion for Summary Judgment (document no. 34) is denied without prejudice.

"'[O]nly those issues fairly raised by the objections to the magistrate's report are subject to review in the district court and those not preserved by such objection are precluded on appeal.'" School Union No. 37 v. United Nat'l Ins. Co., 617 F.3d 554, 564 (1st Cir. 2010) (quoting Keating v. Secretary of Health & Human Servs., 848 F.2d 271, 275 (1st Cir.1988)); see also United States v. Valencia-Copete, 792 F.2d 4, 6 (1st Cir. 1986) (after proper notice, failure to file a specific objection to magistrate's report will waive the right to appeal).

SO ORDERED.

_____
Steven J. McAuliffe
U.S. District Judge

Date: April 17, 2013

cc:  Duane Leroy Fox, pro se