```
              UNITED STATES DISTRICT COURT
               DISTRICT OF NEW HAMPSHIRE
```

Duane Leroy Fox

    v.                              Civil No. 11-cv-295-SM

Strafford County Department
of Corrections

O R D E R

On June 4, 2013, a preliminary pretrial conference was held in this case. Plaintiff appeared via telephone on his own behalf; Attorney Corey M. Belobrow appeared for defendants. The parties had very few disagreements with respect to scheduling. The court discussed the disagreements and resolved them to the parties' satisfaction.

The terms of the discovery order are summarized below.

| Scheduling Designation | Deadline |
| --- | --- |
| **Track Assignment** | Standard - 12 months |
| **Interrogatories** | A maximum of 25 interrogatories by each party to any other party. Responses due pursuant to Fed. R. Civ. P. 29. |
| **Requests for Admission** | A maximum of 25 requests by each party to any other party. Responses due pursuant to Fed. R. Civ. P. 29. |
| **Depositions** | A maximum of 10 depositions by plaintiff and 10 depositions by defendants. |
| **Amendment of Pleadings** | Plaintiff: July 1, 2013<br>Defendants: August 20, 2013 |

| **Joinder of Additional Parties** | August 20, 2013 |
|---|---|
| **Third-Party Actions** | August 20, 2013 |
| **Motions to Dismiss** | September 10, 2013 |
| **Disclosure of Claims Against Unnamed Parties** | October 1, 2013 (Defendants disclosed one unnamed party in doc. no. 57) |
| **Experts and Experts' Written Reports** | Plaintiff: October 1, 2013<br>Defendants: December 15, 2013 |
| **Motions for Summary Judgment** | January 10, 2014 |
| **Experts' Written Supplementations under Rule 26(e)** | Plaintiff: January 15, 2014<br>Defendants: February 15, 2014 |
| **Completion of Discovery** | March 1, 2014 |
| **Challenges to Expert Testimony** | Plaintiff: February 1, 2014<br>Defendants: January 2, 2014 |
| **Trial Date** | May 20, 2014 |

To the extent the defendants' proposed discovery plan (doc. no. 57) is inconsistent with the above scheduling order, it is denied.

SO ORDERED.

_____
Landya B. McCafferty
United States Magistrate Judge

June 4, 2013

cc:  Duane Leory Fox, pro se
     Corey M. Belobrow, Esq.